PER CURIAM.
 

 Tina Lynn Sopp appeals from judgments and sentences for possession of oxycodone, driving under the influence, providing a false name to a law enforcement officer, and driving while license suspended, challenging the denial of a dispositive motion to suppress evidence and challenging her drug possession conviction based upon the constitutional analysis in
 
 Shelton v. Secretary, Department of Corrections,
 
 802 F.Supp.2d 1289 (M.D.Fla.2011).
 

 We affirm as to the suppression issue without further comment, and reject the constitutional claim for the reasons expressed in
 
 Flagg v. State,
 
 74 So.3d 138 (Fla. 1st DCA 2011). We certify that the same issue reviewed in this case is currently pending before the Florida Supreme Court in
 
 State v. Adkins,
 
 71 So.3d 117
 
 *396
 
 (Fla.2011). The mandate will be withheld pending final disposition of
 
 Adkins.
 

 AFFIRMED.
 

 MONACO, LAWSON and COHEN, JJ., concur.